United States District Court
Southern District of Texas
**ENTERED**
January 23, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| **FARHOD BOBOMIRAZAEV,** § | |
| Petitioner, § | |
| § | |
| V. § | **CIVIL ACTION NO. 5:26-CV-00077** |
| § | |
| **WARDEN, MIGUEL VERGARA, TODD** § | |
| **LYONS, KRISTI NOEM, and PAMELA** § | |
| **BONDI,** § | |
| Respondents. § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, (Dkt. No. 1). This Petition challenges Petitioner's custody by U.S. Immigration and Customs Enforcement (ICE) at the Rio Grande Processing Center in Laredo, Texas on statutory and constitutional grounds. (Dkt. No. 1 at 1). The Petitioner in this case previously filed another Petition *pro se* involving the same allegations of unlawful detention, *Bobomirzaev v. Bondi et al*, No. 5:25-cv-297 (S.D. Tex. Dec. 30, 2025) (Dkt. No. 1).

On January 21, 2026, the Court ordered Petitioner's counsel in the instant case to file an advisory explaining the overlap between the two cases pending before the Court. *Bobomirzaev v. Warden et al.*, No. 5:26-cv-77 (S.D. Tex. Jan. 20, 2026) (Dkt. No. 5). On January 23, 2026, Petitioner's counsel filed the requested advisory. Petitioner's Counsel explained that Petitioner initially filed a *pro se* petition for writ of habeas corpus in *Bobomirzaev v. Bondi et al.*, No. 5:25-cv-297, and that Petitioner subsequently retained counsel after filing that petition. (*Id.*). Petitioner's Counsel further confirmed that both cases challenge the same detention and arise from the same core factual and legal basis for relief under 28 U.S.C. § 2241, namely, that Petitioner's continued custody is unlawful. (*Id.*).

On this same date, the Court has entered a Memorandum Opinion & Order in *Bobomirzaev v. Bondi et al*, No. 5:25-cv-297 (S.D. Tex. Dec. 30, 2025) ruling that the Petition in that case be denied. (Dkt. No. 14) (Attached hereto as Exhibit 1). For the same reasons set forth in that Memorandum Opinion & Order, which is incorporated herein by reference, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, (Dkt. No. 1), is **DENIED WITHOUT PREJUDICE**.

It is so **ORDERED**.

**SIGNED** on January 23, 2026.

                                                          _____
                                                          John A. Kazen
                                                          United States District Judge