United States District Court
Southern District of Texas
**ENTERED**
June 29, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| FARHOD BOBOMIRZAEV, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-77 |
| | § | |
| WARDEN, RIO GRANDE DETENTION | § | |
| CENTER, *et al.*, | § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's Motion to Reconsider, (Dkt. No. 8). On January 20, 2026, Petitioner Farhod Bobomirzaev filed a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, challenging his detention by U.S. Immigration and Customs Enforcement.

The Petitioner in this case filed an earlier Petition *pro se* involving the same allegations of unlawful detention in *Bobomirzaev v. Bondi et al*, No. 5:25-cv-297 (S.D. Tex. Dec. 30, 2025) (Dkt. No. 1). On January 23, 2026, the Court entered a Memorandum Opinion and Order denying the Petition on statutory grounds. (*Id.* at Dkt. No. 14). Following the entry of the Court's Order, Petitioner filed the instant Motion to Reconsider through counsel. (Dkt. No. 8).

In his Motion for Reconsideration, Petitioner raises new arguments and seeks relief based on alleged procedural due process violations. Given these new arguments, the Court **ORDERS** Petitioner to file supplemental briefing **by July 8, 2026**, addressing Petitioner's alleged procedural due process violations with citations to updated caselaw supporting his claims. The Court also **ORDERS** Respondents to respond to Petitioner's supplemental briefing **by July 15, 2026**.

If Petitioner fails to file supplemental briefing by the above deadline, the Court may deny the Petition and terminate the case.

It is so **ORDERED**.

**SIGNED** on June 29, 2026.

_____
John A. Kazen
United States District Judge