United States District Court
Southern District of Texas
**ENTERED**
August 17, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| FARHOD BOBOMIRZAEV | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-CV-77 |
| | § | |
| WARDEN, RIO GRANDE DETENTION CENTER, *et al*. | § | |

# ORDER

On June 29, 2026, the Court ordered Respondents to file a response to Petitioner's supplemental briefing by July 15, 2026. (Dkt. No. 9). Respondents have yet to file their response.

Accordingly, the Court **ORDERS** Respondents to respond to Petitioner's supplemental briefing **no later than August 24, 2026**.

The Clerk of Court is **DIRECTED** to e-mail a copy of this Order to the United States Attorney's civil inbox at **usatxs.sdtxnotices@usdoj.gov.**

IT IS SO **ORDERED**.

**SIGNED** on this 17th day of August, 2026.

Christopher dos Santos
United States Magistrate Judge